# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-21-00563-CV

**In re Elusive Holdings, Inc.**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### O R D E R

**PER CURIAM**

Relator Elusive Holdings, Inc. has filed a petition for writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). The Court grants Relator's motion for temporary relief. *See* Tex. R. App. P. 52.10(b). The Court temporarily stays, pending further order of this Court, the trial court's September 2, 2021 order styled "Order Granting Jacob White's Application for Mandamus – Books and Records" in Cause No. D-1-GN-19-005577; *Elusive Holdings, Inc. v. Jacob White*; In the 53rd District Court of Travis County, Texas.

It is so ordered on December 2, 2021.

Before Chief Justice Byrne, Justices Triana and Kelly